# In the United States Court of Federal Claims

No. 15-1575C

(Filed: October 11, 2016)

```
*****************************████
                                *
BRYNDON FISHER,                 *
                                *
                 Plaintiff,     *
                                *
v.                              *
                                *
THE UNITED STATES,              *
                                *
                 Defendant.     *
                                *
*****************************████
```

ORDER

On October 7, 2016, Defendant filed an unopposed motion for an extension of time to file its answer to Plaintiff's complaint. The answer was due October 11, 2016, and Defendant requests a thirty-day extension to November 10, 2016. The Court finds the proposed extension reasonable. Accordingly, Defendant's motion is GRANTED. Defendant shall file its answer no later than November 10, 2016.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge
