# In the United States Court of Federal Claims

No. 15-1575C

(Filed: January 10, 2017)

```
*****************************************
                                         *
BRYNDON FISHER,                          *
                                         *
                     Plaintiff,          *
                                         *
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
                     Defendant.          *
                                         *
*****************************************
```

PRELIMINARY SCHEDULING CONFERENCE ORDER

The Court will hold a telephonic preliminary scheduling conference in this case on Monday, January 23, 2017, at 2:00 PM (EST). Prior to that date, counsel will receive an E-mail with instructions on joining the conference call.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge