# In the United States Court of Federal Claims

No. 15-1575C

(Filed: January 23, 2017)

```
*************************************
                                    *
BRYNDON FISHER,                     *
                                    *
                Plaintiff,          *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
                Defendant.          *
                                    *
*************************************
```

## SCHEDULING ORDER

As agreed with counsel for both parties, the parties shall have until March 1, 2017, to engage in preliminary settlement discussions. The parties shall then file a Joint Status Report setting out the result of those settlement discussions no later than March 10, 2017.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge