IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Bryndon Fisher**, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>**The United States of America**,<br><br>    Defendant. | No. 15-1575C<br>(Judge Wheeler) |

**JOINT STATUS REPORT**

Pursuant to the Scheduling Order issued by the Court on January 23, 2017 (Dkt #26), plaintiff Bryndon Fisher ("Plaintiff"), individually and on behalf of all others similarly situated, and defendant the United States of America ("Defendant" or the "Government") (collectively, the "Parties") respectfully submit the following Joint Status Report.

**A. STATUS OF PRELIMINARY SETTLEMENT DISCUSSIONS**

Since the Preliminary Scheduling Conference on January 23, 2017, the Parties have engaged in, and continue to engage in, preliminary settlement discussions and informal information exchanges regarding the existence and nature of Plaintiff's alleged billing error in the Government's Public Access to Court Electronic Records ("PACER") system. The Parties have engaged in discussions and exchanged documents regarding plaintiff's claims. The preliminary settlement discussions have helped clarify the relevant factual issues and narrowed the scope of the dispute. The Parties intend to exchange additional documents and engage in additional preliminary settlement discussions.

B.  **RELIEF REQUESTED**

The Court's Scheduling Order (Dkt #26) provided that the parties shall have until March 1, 2017, to engage in preliminary settlement discussions. Based on the technical complexity of the issues and the productive nature of these discussions, the Parties respectfully request additional time to engage in such discussions. The Parties have agreed to continue their preliminary settlement discussions until April 14, 2017 and file a Joint Status Report setting out the result of those settlement discussions no later than April 21, 2017.  The Parties have also agreed to continue the stay of initial disclosures and formal discovery deadlines while engaged in these settlement discussions.

Dated: March 10, 2017

Respectfully submitted,

**Schubert Jonckheer & Kolbe LLP**

By:    /s/ Noah M. Schubert
        Noah M. Schubert

Noah M. Schubert
Attorney of Record
*nschubert@schubertlawfirm.com*
Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
Ph: 415.788.4220
Fx: 415.788.0161

*Attorney for Plaintiff, Individually and*
*on Behalf of All Other Similarly Situated*

Of Counsel:

Robert C. Schubert
*rschubert@schubertlawfirm.com*
Miranda P. Kolbe
*mkolbe@schubertlawfirm.com*

Kathryn Y. Schubert
*kschubert@schubertlawfirm.com*
**Schubert Jonckheer & Kolbe LLP**
Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
Ph: 415.788.4220
Fx: 415.788.0161

Dated: March 10, 2017				Respectfully Submitted,


						CHAD A. READLER
						Acting Assistant Attorney General

						ROBERT E. KIRSCHMAN, JR.
						Director

						/s/Steven J. Gillingham
						STEVEN J. GILLINGHAM
						Assistant Director

						/s/Meen Geu Oh
						Meen Geu Oh
						Trial Attorney
						U.S. Department of Justice
						Civil Division
						Commercial Litigation Branch
						P.O. Box 480
						Ben Franklin Station
						Washington, D.C. 20044
						Telephone: (202) 307-0184
						Facsimile: (202) 514-7969
						E-mail: Meen-Geu.Oh@usdoj.gov

						Attorneys for Defendant