# In the United States Court of Federal Claims

No. 15-1575C

(Filed: March 13, 2017)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BRYNDON FISHER,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On March 10, 2017, the parties filed a joint status report. In the report, the parties indicated that they require additional time to conduct preliminary settlement discussions. Accordingly, the parties shall file a joint status report detailing the result of those discussions no later than April 21, 2017.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge