IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Bryndon Fisher**, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br>v.<br><br>**The United States of America**,<br><br>                     Defendant. | No. 15-1575C<br>(Judge Wheeler) |

**JOINT STATUS REPORT**

Pursuant to the Court's orders, dated January 23 and March 13, 2017, ECF Nos. 26 and 29, plaintiff, Bryndon Fisher, individually and on behalf of all others similarly situated, and defendant, the United States, respectfully submit this joint status report regarding the parties' preliminary settlement discussions.

As the Court is aware, in a prior filing, we informed the Court that we were "engaged in preliminary settlement discussions, including informal information exchanges regarding the existence and nature of Plaintiffs'" claim regarding "alleged billing error." *E.g.*, ECF No. 24 at 4. Accordingly, we requested permission from the Court "to stay initial disclosures and formal discovery deadlines while engaged in these settlement discussions" and proposed "submit[ting] a subsequent Joint Status Report to the Court . . . updating the Court on the status of the Parties' settlement discussion and propos[e] a further case management plan for this action, as appropriate. *Id.*  In a subsequent filing, we informed the Court that "the preliminary settlement

discussions have helped clarify the relevant factual issues and narrowed the scope of the dispute." ECF No. 27 at 1.

While the parties productively discussed and narrowed the disputed issues in this case, the parties have not reached a settlement and do not believe continuation of these informal discussions would be productive at this time. The parties, therefore, mutually agree to dissolve the stay of initial disclosures and formal discovery deadlines and proceed forward with the case.

The parties jointly propose that there now be a period during which they conduct formal merits discovery into the limited issue of whether there is a systemic billing error in the PACER system that causes users to be overcharged for HTML-formatted docket reports, as alleged in plaintiff's complaint. Following this period, the Government subsequently intends to file a motion for summary judgment. Class certification, including any discovery related to class-certification issues, would be deferred until after the Court resolves the Government's motion for summary judgment. The parties continue to meet and confer regarding a proposed schedule for the proceedings described above. The parties respectfully request that they be permitted to provide a joint proposed schedule, including deadlines for the close of fact and expert discovery, and a briefing schedule for the Government's motion for summary judgment, no later than May 5, 2017.

       Respectfully Submitted,

       CHAD A. READLER
       Acting Assistant Attorney General

       ROBERT E. KIRSCHMAN, JR.
       Director

       /s/Steven J. Gillingham

|  |  |
|---|---|
|  | STEVEN J. GILLINGHAM<br>Assistant Director<br><br>/s/Meen Geu Oh<br>Meen Geu Oh<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 307-0184<br>Facsimile: (202) 514-7969<br>E-mail: Meen-Geu.Oh@usdoj.gov |
| Dated: April 21, 2017 | Attorneys for Defendant |

**Schubert Jonckheer & Kolbe LLP**

By:  /s/ Noah M. Schubert
         Noah M. Schubert

Noah M. Schubert
Attorney of Record
*nschubert@sjk.law*
Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
Ph: 415.788.4220
Fx: 415.788.0161

*Attorney for Plaintiff, Individually and
on Behalf of All Other Similarly Situated*


Of Counsel:

Robert C. Schubert
*rschubert@sjk.law*
Miranda P. Kolbe
*mkolbe@sjk.law*
Kathryn Y. Schubert
*kschubert@schubertlawfirm.com*

3

|  |  |
|---|---|
| Dated: April 21, 2017 | **Schubert Jonckheer & Kolbe LLP**<br>Three Embarcadero Ctr Ste 1650<br>San Francisco, CA 94111-4018<br>Ph: 415.788.4220<br>Fx: 415.788.0161 |

4