# In the United States Court of Federal Claims

No. 15-1575C

(Filed: May 10, 2017)

```
*************************************
                                    *
BRYNDON FISHER,                     *
                                    *
            Plaintiff,              *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
                                    *
*************************************
```

## DISCOVERY ORDER

On May 5, 2017, the parties submitted a joint proposed schedule for discovery in this case. Having considered the parties' proposal, the Court ADOPTS the following discovery schedule:

1. The parties will exchange initial disclosures pursuant to Rule 26(a)(1)(C) of the Court of Federal Claims on or before May 19, 2017.

2. Beginning May 22, 2017, the parties shall conduct fact discovery limited to the issue of whether there is a systemic billing error in the PACER system that causes users to be overcharged for HTML-formatted docket reports. The parties shall complete this limited discovery on or before August 18, 2017.

3. The Court will hold a telephonic status conference on August 22, 2017, at 2:00 PM (EDT) to discuss the progress of discovery, any potential expert discovery, and any anticipated summary judgment motions. Prior to this date, counsel for both parties will receive instructions on joining the conference call.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge